UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

            -against-

JAIME RIVAS,

            Defendant.

S2 21 CR 512-03 (NSR)

SCHEDULING ORDER

---

NELSON S. ROMÁN, United States District Judge:

The in-person Sentencing for the above Defendant is scheduled for November 30, 2021 at 1:00 pm in Courtroom 218 unless otherwise notified by chambers.

In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding. To access the teleconference, please follow these directions: (1) **Dial the Meeting Number: (877) 336-1839**; (2) **Enter the Access Code: 1231334#**; (3) Press pound **(#)** to enter the teleconference as a guest.

Dated:   November 29, 2021
             White Plains, New York

SO ORDERED.

_____
NELSON S. ROMÁN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2021