**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

21 CR 512-003 (NSR)

------------------------------------------------------------x

UNITED STATES OF AMERICA,

-v-

JAIME RIVAS,

Sentence Date: 11/30/21

Defendant.

------------------------------------------------------------x

## NOTICE OF MOTION OF DEFENDANT FOR EARLY TERMINATION OF SUPERVISED RELEASE

**PLEASE TAKE NOTICE** that upon the Memorandum and Exhibits thereto filed in support of the motion, Defendant Jaime Rivas will respectfully move this Court for an order terminating his supervised release pursuant to 18 U.S.C. § 3583(e), on April 17, 2023, or at such other date and time to be set by this Court, at the United Stated Courthouse located at 300 Quarropas Street, White Plains, New York 10601.

**PLEASE TAKE NOTICE THAT** answering papers are due within the time provided by Local Criminal Rule 49.1, or as otherwise required by the Court.

Dated: March 24, 2023
New York, New York 10022

Gerard A. Riso (GAR 8465)
Mantel McDonough Riso, LLP
410 Park Avenue, Suite 1720
212-599-1515
Gerard.Riso@MMRLLP.com
*Attorneys for Jaime Rivas*

To: A.U.S.A. Michael Maimin
United States Attorney's Office
(By email and electronic filing)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/03/2023

**Given the non-incarceratory sentence imposed, the Court DENIES Defendant's application. Clerk of Court is requested to terminate the motion at ECF No. 58. Dated: White Plains, NY October 3, 2023**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE